UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Charlie Mendoza
     Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:21-mj-05139

Defendant Charlie Mendoza hereby voluntarily consents to participate in the following proceeding via  ☒ videoconferencing or ☒ teleconferencing:

☒  Initial Appearance Before a Judicial Officer

☐  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐  Guilty Plea/Change of Plea Hearing

☐  Bail/Detention Hearing

☐  Conference Before a Judicial Officer - Assignment of Counsel

_Charlie Mendoza_        _Leslie Jones Thomas_
Defendant's Signature       Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

CHARLIE MENDOZA     LESLIE JONES THOMAS
Print Defendant's Name      Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

5/14/21
Date             U.S. District Judge/U.S. Magistrate Judge