# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

| USDC SDNY |
| Document |
| Electronically Filed |
| Doc # _____ |
| Date Filed: May 25, 2021 |

United States District Court
Southern District of New York
-----------------------------------------------------------X
United States of America,

                Plaintiff                **SCHEDULING ORDER**

    -against-

                                            7:21-mj-05139

Charles Mendoza
                Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a bail hearing for 6/3/2021 at 3:00 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  5/25/2021
         White Plains, New York

                                          SO ORDERED:

                                          s/       PED

                                          PAUL E. DAVISON
                                          United States Magistrate Judge