UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Charles Mendoza

          Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY
VIDEO OR TELE CONFERENCE**

7:21—mj-05139

Defendant Charles Mendoza hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

- ☐ Initial Appearance Before a Judicial Officer

- ☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ☐ Guilty Plea/Change of Plea Hearing

- ☒ Bail/Detention Hearing

- ☐ Conference Before a Judicial Officer - Assignment of Counsel

*Charlie Mendoza*
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

CHARLIE MENDOZA
Print Defendant's Name

*Leslie Jones Thomas*
Defendant's Counsel's Signature

LESLIE JONES THOMAS
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

6/3/21
Date

U.S. District Judge/U.S. Magistrate Judge